# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LAWRENCE E. SAIZ,** | NO. EDCV 11-00290-MAN |
| Plaintiff, | |
| v. | JUDGMENT |
| **MICHAEL J. ASTRUE,** **Commissioner of Social Security,** | |
| Defendant. | |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is affirmed and the above-captioned action is dismissed with prejudice.

DATED: April 6, 2012

_Margaret A. Nagle_
MARGARET A. NAGLE
UNITED STATES MAGISTRATE JUDGE